IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KAELYN J. DRUMMOND,[1] | § | |
| | § | No. 267, 2017 |
| Respondent Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| MITCHELL R. DRUMMOND, | § | |
| | § | C.A. No. CN10-05898 |
| Petitioner Below- | § | Petition No. 15-39427 |
| Appellee. | § | |

Submitted: March 5, 2018
Decided: March 15, 2018

**O R D E R**

This 15th day of March 2018, it appears that the Court issued by certified mail a notice to the appellant to show cause why her appeal should not be dismissed for her failure to file her opening brief.  The appellant failed to accept service of the notice, which was resent to her by first class mail at the address she provided.  The appellant has failed to respond to the notice to show cause within the required ten-day period.  Thus, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).